■ NORMAN Y. ZELVIN, Appellant, v. EUGENE PAGLIOCCA et al., Doing Business as PAGLIOCCA SONS, Respondents.— Appeal by plaintiff from an order of the Supreme Court, Westchester County, dated September 25, 1968, which granted defendants' motion for leave to serve and file a jury demand *nunc pro tunc.* Order reversed, on the law and the facts, with $20 costs and disbursements, and motion denied. In our opinion, it was an improvident exercise of discretion to grant the leave requested. The application was not made until 4½ months after plaintiff's nonjury note of issue was served. In addition, there is no adequate factual showing that the failure of defendants' former attorneys to demand a jury trial was inadvertent and that defendants had no intention to waive their right to a jury trial (*Eastern Air Lines* v. *Town of Islip,* 14 A D 2d 792; 7 Carmody-Wait 2d, N. Y. Prac., § 49.59). Christ, Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.

---

## (April 28, 1969)

■ In the Matter of LELAND S. BECK, an Attorney, Respondent. HAROLD M. SPITZER, Petitioner.— Motion by respondent, whom this court has suspended from the practice of law for one year, (1) to amend the order of suspension so as to reduce the discipline to a censure or (2) in the alternative to change the effective date of the commencement of the period of suspension to May 17, 1969. The order of this court, dated September 9, 1969, which imposed the suspension (30 A D 2d 920), fixed the date for the commencement of the suspension as October 9, 1968. The suspension was thereafter stayed pending appeal to the Court of Appeals. That court has affirmed the suspension (24 N Y 2d —); and the stay is no longer in effect. Motion denied insofar as it is for reduction of the discipline and otherwise granted. Order of September 9, 1968 amended so as to change the effective date of the commencement of respondent's suspension to May 17, 1969. Rabin, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of GERALD CHIARIELLO, Petitioner. SOLOMON A. KLEIN, Chief Counsel to the Judicial Inquiry on Professional Conduct, et al., Respondents.— This application by a former attorney for reinstatement as an attorney and counselor at law (he was disbarred by order of this court dated June 19, 1961) was on May 13, 1968 referred to the Committee on Character and Fitness for the Second Judicial District for investigation, hearing, report and recommendations. The committee's report has been received by the court. Application granted; petitioner's name directed to be restored to the roll of attorneys and counselors at law, effective forthwith. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.